ERIC GRANT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Oct 02, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00185 KES-BAM |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER UNSEALING INDICTMENT |
| v. | |
| BRENDA HERNANDEZ, | |
| Defendant. | |

Based on the government's representations in its motion to unseal the indictment, the Court finds that there is no longer a need to keep the indictment under seal. IT IS HEREBY ORDERED that the Indictment in this case pertaining to defendant BRENDA HERNANDEZ be UNSEALED.

Dated: **Oct 2, 2025**

_Erica P. Grosjean_
The Honorable Erica P. Grosjean
UNITED STATES MAGISRATE JUDGE

[PROPOSED] ORDER UNSEALING INDICTMENT

1